IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Board of Trustees, Sheet Metal Workers' National Pension Fund, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Redbird Heating & Cooling Enterprises, Inc, )<br>Falcon Heating & Cooling, LLC )<br>)<br>Defendants. ) | 1:09cv68 (JCC/JFA) |

### ORDER

Upon consideration of the April 17, 2009, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund, and against defendants Redbird Heating & Cooling Enterprises, Inc, and Falcon Heating & Cooling, LLC in the amount of $1,392,086.88.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
June 1, 2009